USCA1 Opinion

 

 [NOT FOR PUBLICATION NOT TO BE CITED AS PRECEDENT] United States Court of Appeals For the First CircuitNo. 99-1391 ROBERT A. MCLAUGHLIN, SR., Plaintiff, Appellant, v. WARDEN, NEW HAMPSHIRE STATE PRISON, Defendant, Appellee. APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE [Hon. Joseph A. DiClerico, Jr., U.S. District Judge] Before Selya, Boudin and Lynch, Circuit Judges.      Robert A. McLaughlin, Sr. on brief pro se. Steven M. Houran, Deputy Attorney General, Daniel J. Mullen,Senior Assistant Attorney General, and Andrew B. Livernois,Attorney, on brief for appellee.December 28, 1999   Per Curiam. Robert A. McLaughlin appeals pro se from the district court order granting defendant's motion for summary judgment. Having conducted a careful, de novo review of the record, we affirm for essentially the reasons stated in the district court's detailed and well-reasoned Order, dated February 26, 1999. We add only the following comment.  McLaughlin made reference in his Opposition to the Motion for Summary Judgment to his treatment by the authorities at the North Florida Reception Center where he was held for three months in 1994, including the alleged refusal to provide him with his legal files or to allow him to contact the court where his state habeas petition was pending. McLaughlin's brief focuses on those allegations, although they were not included in his complaint. Treating McLaughlin's new allegations in his Opposition to the Motion for Summary Judgment as a motion to amend the complaint, there was no abuse of discretion in the failure of the district court to allow the amendment. See Resolution Trust Corp. v. Gold, 30 F.3d 251, 253 (1st Cir. 1994) (where motion to amend is filed while summary judgment motion is pending, plaintiff is "required to demonstrate to the district court that the proposed amendments were supported by 'substantial and convincing evidence'").  The district court order granting defendant's motion for summary judgment is affirmed.